No. 92–1284. TAYLOR, DBA EXPLORATION SERVICES v. BANK ONE, TEXAS, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1288. WILLIAMS ET AL. v. STONE. C. A. 2d Cir. Certiorari denied.

No. 92–1299. RHOA-ZAMORA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 92–1309. MCFERREN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–1319. SU ET AL. v. M/V SOUTHERN ASTER ET AL.; and No. 92–1521. M/V PINE FOREST ET AL. v. RABY ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1320. MISSOURI DIVISION OF EMPLOYMENT SECURITY ET AL. v. HASE. C. A. 8th Cir. Certiorari denied.

No. 92–1322. FELIX-GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1331. POLLEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–1336. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. v. DEFENSE NUCLEAR FACILITIES SAFETY BOARD. C. A. D. C. Cir. Certiorari denied.

No. 92–1338. DIETARY SUPPLEMENT COALITION, INC., ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1341. MASTERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1347. RAUTENBERG ET AL. v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.